IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CR114-RJC-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER TO DISMISS** |
| v. | ) | |
| | ) | |
| (1) ROBERT M. BOSTON | ) | |

**THIS MATTER** is before the Court on the United States of America's Motion to Dismiss, (Doc. No. 162), the real property at 6698 Dam Cove Road, Conover, North Carolina ("the Lake Hickory Property") and the real property at 8102 Evanston Falls Road, Huntersville, North Carolina ("Evanston Falls Property") from the Preliminary Order of Forfeiture, (Doc. No. 106), in this case. The United States requests dismissal of the real properties since they have been sold and substitute *res* has been identified for forfeiture in the related civil forfeiture case against them. (Case No. 3:18-cv-576, Doc. No. 24: Order).

**IT IS, THEREFORE, ORDERED**, for the Motion, (Doc. No. 162), is **GRANTED**, and the above described real properties are **DISMISSED** above from the Preliminary Order of Forfeiture, (Doc. No. 106).

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge

1